**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 419 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| GREGORY LEWIS, JR., | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 420 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| GREGORY LEWIS, JR., | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 421 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| GREGORY LEWIS, JR., | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 422 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

GREGORY LEWIS, JR.,

          Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 423 MAL 2022

          Respondent

                        Petition for Allowance of Appeal
                        from the Order of the Superior Court
          v.

GREGORY LEWIS, JR.,

          Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 424 MAL 2022

          Respondent

                        Petition for Allowance of Appeal
                        from the Order of the Superior Court
          v.

GREGORY LEWIS, JR.,

          Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 425 MAL 2022

          Respondent

                        Petition for Allowance of Appeal
                        from the Order of the Superior Court
          v.

GREGORY LEWIS, JR.,

          Petitioner

## **<u>ORDER</u>**

[419 MAL 2022, 420 MAL 2022, 421 MAL 2022, 422 MAL 2022, 423 MAL 2022, 424
MAL 2022 and 425 MAL 2022] - 2

**PER CURIAM**

        **AND NOW**, this 1st day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.